UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WALTER BRANSON BENNETT, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-00008-RLY-MPB |
| BECKY PONTOSAI et al., | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court dismissed Plaintiff's suit without prejudice. Accordingly, final judgment is hereby entered against Plaintiff and in favor of Defendants.

**IT IS SO ORDERED** this 14th day of March 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Mail to:

Walter Branson Bennett
21 East Oregon Street
Evansville, IN 47711

1